**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | § | Case No. 18-22136-DOB |
| | § | |
| TRIUMVIRATE INVESTMENT | § | |
| PROPERTIES, LLC | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Daniel C. Himmelspach, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $691,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $4,294.76 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $35,453.14 | | |

3) Total gross receipts of $39,747.90 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $39,747.90 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1,334.25 | $1,334.25 | $1,334.25 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $35,453.14 | $35,453.14 | $35,453.14 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $87,385.88 | $10,287.33 | $10,287.33 | $2,960.51 |
| **Total Disbursements** | $87,385.88 | $47,074.72 | $47,074.72 | $39,747.90 |

4). This case was originally filed under chapter 7 on 11/08/2018. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/06/2020     By: /s/ Daniel C. Himmelspach
                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 115 N. Monroe | 1110-000 | $7,123.00 |
| 1705 Hudson, Essexville-Empty Lot | 1110-000 | $8,707.38 |
| 805 Ninth St | 1110-000 | $8,000.00 |
| Chemical Bank Checking 2445 | 1122-000 | $658.29 |
| Rents | 1122-000 | $13,437.08 |
| Property Taxes | 1290-000 | $1,822.15 |
| **TOTAL GROSS RECEIPTS** | | $39,747.90 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Property Taxes to City of Bay City Treasurer | 4700-000 | $0.00 | $1,334.25 | $1,334.25 | $1,334.25 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,334.25 | $1,334.25 | $1,334.25 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation p/o 5/5/20, Trustee | 2100-000 | NA | $4,724.79 | $4,724.79 | $4,724.79 |
| Trustee Expenses p/o 5/5/20, Trustee | 2200-000 | NA | $713.75 | $713.75 | $713.75 |
| Insurance Partners Agency, Inc. | 2300-000 | NA | $6.22 | $6.22 | $6.22 |
| Account Number 007535830 | 2420-000 | NA | $152.46 | $152.46 | $152.46 |
| Account Number 007535831 | 2420-000 | NA | $140.72 | $140.72 | $140.72 |
| Account Number 007936116 | 2420-000 | NA | $62.32 | $62.32 | $62.32 |
| Account Number 007936117 | 2420-000 | NA | $104.15 | $104.15 | $104.15 |
| City of Bay City | 2420-000 | NA | $559.06 | $559.06 | $559.06 |
| Future Insurance | 2420-000 | NA | $224.24 | $224.24 | $224.24 |

| Agency Inc | | | | | |
|---|---|---|---|---|---|
| Future Insurance Agency Inc. | 2420-000 | NA | $92.65 | $92.65 | $92.65 |
| Invoice No. 096577 | 2420-000 | NA | $798.75 | $798.75 | $798.75 |
| Invoice No. 096601 | 2420-000 | NA | $420.00 | $420.00 | $420.00 |
| Invoice No. 096636 | 2420-000 | NA | $137.50 | $137.50 | $137.50 |
| Invoice No. 096678 | 2420-000 | NA | $325.00 | $325.00 | $325.00 |
| Invoice No. 096679 | 2420-000 | NA | $200.00 | $200.00 | $200.00 |
| Invoice No. 096729 | 2420-000 | NA | $50.00 | $50.00 | $50.00 |
| Future Insurance Agency Inc | 2420-750 | NA | $492.55 | $492.55 | $492.55 |
| Title Insurance | 2420-750 | NA | $317.00 | $317.00 | $317.00 |
| County Transfer Tax to Register of Deed | 2500-000 | NA | $25.85 | $25.85 | $25.85 |
| Delinq. lien to 19 Winter Tax to City/Township Treasurer | 2500-000 | NA | $642.51 | $642.51 | $642.51 |
| Delinquent 2017 Taxes to Bay City Treasurer | 2500-000 | NA | $618.47 | $618.47 | $618.47 |
| Delinquent 2018 Taxes to Bay County Treasurer | 2500-000 | NA | $606.90 | $606.90 | $606.90 |
| Four (4) Weeding Cutting Invoices to City/Township Treasurer | 2500-000 | NA | $596.00 | $596.00 | $596.00 |
| Order approving sales to Register of Deeds | 2500-000 | NA | $30.00 | $30.00 | $30.00 |
| Owner's Title Insurance to Crossroads Title Agency | 2500-000 | NA | $618.25 | $618.25 | $618.25 |
| Property Taxes to City of Essexville Treasurer | 2500-000 | NA | $475.39 | $475.39 | $475.39 |
| Property Taxes to City/Township Treasurer | 2500-000 | NA | $1,223.07 | $1,223.07 | $1,223.07 |
| Record Order to Register of Deed | 2500-000 | NA | $30.00 | $30.00 | $30.00 |
| Recorded Order to Register of Deeds | 2500-000 | NA | $30.00 | $30.00 | $30.00 |
| Settlement/Closing Fee to Crossroads Title Agency | 2500-000 | NA | $300.00 | $300.00 | $300.00 |
| State Transfer Tax to Register of Deed | 2500-000 | NA | $52.50 | $52.50 | $52.50 |
| State Transfer Tax to | 2500-000 | NA | $123.75 | $123.75 | $123.75 |

| | | | | | |
|---|---|---|---|---|---|
| Register of Deeds | | | | | |
| Utility Acct to 101803621-12 to City/Township Treasurer | 2500-000 | NA | $392.80 | $392.80 | $392.80 |
| Utility Acct. 10180362-11 to City/Township Treasuer | 2500-000 | NA | $1,072.37 | $1,072.37 | $1,072.37 |
| Utility Act 101704562-29 to City of Bay City Utility | 2500-000 | NA | $1,607.60 | $1,607.60 | $1,607.60 |
| Utility Act 101704562-30 to City of Bay City Utility Dept. | 2500-000 | NA | $392.80 | $392.80 | $392.80 |
| Isabella Bank | 2990-000 | NA | $1,300.00 | $1,300.00 | $1,300.00 |
| Daniel C. Himmelspach, Attorney for Trustee | 3110-000 | NA | $7,120.00 | $7,120.00 | $7,120.00 |
| Special Counsel Compensation , Special Counsel for Trustee | 3210-600 | NA | $1,032.50 | $1,032.50 | $1,032.50 |
| Special Counsel Expenses, Special Counsel for Trustee | 3220-610 | NA | $141.22 | $141.22 | $141.22 |
| $1,250.00 Listing Agent Commission and $1,250.00 Selling Agent Commission., Realtor for Trustee | 3510-000 | NA | $2,500.00 | $2,500.00 | $2,500.00 |
| Commission - Listing Agent to MDL Realty, Realtor for Trustee | 3510-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| Commission - Selling Agent to Keller William, Realtor for Trustee | 3510-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| Realtor Commission - Listing Agency to MDL Realty, Realtor for Trustee | 3510-000 | NA | $2,500.00 | $2,500.00 | $2,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $35,453.14 | $35,453.14 | $35,453.14 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CONSUMERS ENERGY COMPANY | 7100-000 | $5,040.08 | $5,040.08 | $5,040.08 | $1,450.44 |
| 2 | Krystal C. Danielak | 7100-000 | $3,159.00 | $3,159.15 | $3,159.15 | $909.15 |
| 3 | CONSUMERS ENERGY COMPANY | 7100-000 | $2,088.10 | $2,088.10 | $2,088.10 | $600.92 |
| | Bay County Treasurer | 7100-000 | $574.00 | $0.00 | $0.00 | $0.00 |
| | Chemical Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | City of Bay City Treasurer | 7100-000 | $1,714.00 | $0.00 | $0.00 | $0.00 |
| | City of Essexville | 7100-000 | $479.00 | $0.00 | $0.00 | $0.00 |
| | City of Essexville | 7100-000 | $5,438.70 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | First Horizon Home Loans | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Independent Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Isabella Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Nationstar/Mr. Cooper | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Phh Mortgage Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Thomas & Stacy Mulholland | 7100-000 | $68,873.00 | $0.00 | $0.00 | $0.00 |
| | Thomas Township | 7100-000 | $20.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $87,385.88 | $10,287.33 | $10,287.33 | $2,960.51 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** | 18-22136-DSO |
| **Case Name:** | TRIUMVIRATE INVESTMENT PROPERTIES, LLC |
| **For the Period Ending:** | 8/6/2020 |

| | |
|---|---|
| **Trustee Name:** | Daniel C. Himmelspach |
| **Date Filed (f) or Converted (c):** | 11/08/2018 (f) |
| **§341(a) Meeting Date:** | 12/17/2018 |
| **Claims Bar Date:** | 08/06/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Chemical Bank Checking 2445 | $450.00 | $658.29 | | $658.29 | FA |
| 2 | 614 Eleventh St | $50,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 3 | 700 Eleventh St | $37,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 4 | 2320 Fraser St., Bay City | $45,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 5 | 317 Howard | $35,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 6 | 124 N. Madison | $48,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 7 | 115 N. Monroe | $31,000.00 | $4,424.00 | | $7,123.00 | FA |
| 8 | 805 Ninth St | $40,000.00 | $7,428.00 | | $8,000.00 | FA |
| 9 | 215 Spengler | $110,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 10 | 305 N. Trumbull | $40,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 11 | 406 N. Warner | $40,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 2/25/19) | | | | | |
| 12 | 700 Pine, Essexville | $60,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 13 | 1609 Prairie St. Essexville | $50,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 2/25/19) | | | | | |
| 14 | 21740 Gratiot, Merrill | $46,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 15 | 806 W. Belle, St. Charles | $55,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 16 | 1705 Hudson, Essexville-Empty Lot | $25,000.00 | $25,000.00 | | $8,707.38 | FA |
| 17 | 229 N. Farragut | $75,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | (Abandoned p/o 5/3/19) | | | | | |
| 18 | Rents | $0.00 | $15,437.00 | | $13,437.08 | FA |
| 19 | Property Taxes (u) | $0.00 | $0.00 | | $1,822.15 | FA |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** | |
| | $787,450.00 | $52,947.29 | | $39,747.90 | $0.00 |

**Major Activities affecting case closing:**

03/15/2019      Realtor appointed February 13, 2019. Several properties abandoned and continuing to liquidate remaining properties, and/or abandon.

12/31/2018      Case open to liquidate real properties.

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| | | | |
|---|---|---|---|
| **Case No.:** | 18-22136-DSO | **Trustee Name:** | Daniel C. Himmelspach |
| **Case Name:** | TRIUMVIRATE INVESTMENT PROPERTIES, LLC | **Date Filed (f) or Converted (c):** | 11/08/2018 (f) |
| **For the Period Ending:** | 8/6/2020 | **§341(a) Meeting Date:** | 12/17/2018 |
| | | **Claims Bar Date:** | 08/06/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/30/2019 |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2020 |

/s/ DANIEL C. HIMMELSPACH

DANIEL C. HIMMELSPACH
Chapter 7 Trustee
PO Box 5856
Saginaw, MI 48603
Tel: (989) 790-0400
trusteehimmelspach@gmail.com

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | <u>18-22136-DSO</u> | **Trustee Name:** <u>Daniel C. Himmelspach</u> |
| **Case Name:** | <u>TRIUMVIRATE INVESTMENT PROPERTIES, LLC</u> | **Bank Name:** <u>Veritex Community Bank</u> |
| **Primary Taxpayer ID #:** | \*\*-\*\*\*0556 | **Checking Acct #:** <u>\*\*\*\*\*\*3601</u> |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | <u>11/8/2018</u> | **Blanket bond (per case limit):** <u>$2,000,000.00</u> |
| **For Period Ending:** | <u>8/6/2020</u> | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2019 | (18) | Thomas Mulholland | Rents | 1122-000 | $8,188.78 | | $8,188.78 |
| 02/14/2019 | 3001 | Future Insurance Agency Inc. | Premium for 614 11th Street | 2420-000 | | $92.65 | $8,096.13 |
| 02/27/2019 | 3002 | Future Insurance Agency Inc | 2320 Fraser Bay City, MI 48708 Acct No 007936115 | 2420-750 | | $72.11 | $8,024.02 |
| 02/27/2019 | 3003 | Future Insurance Agency Inc | 317 Howard St. Bay City, MI 48708 Acct. No. 007936117 | 2420-750 | | $53.89 | $7,970.13 |
| 02/27/2019 | 3004 | Future Insurance Agency Inc | 805 9th Street, Bay City, MI 48708 Acct. No. 00936116 | 2420-750 | | $65.32 | $7,904.81 |
| 02/27/2019 | 3005 | Future Insurance Agency Inc | 307 N Sherman St. Bay City, MI 48708 Acct. No. 014706062 | 2420-750 | | $60.01 | $7,844.80 |
| 02/27/2019 | 3006 | Future Insurance Agency Inc | 605 N Wenona St Bay City, MI 48706 504 Fraser St. Bay City, MI 48708 711 N Walnut St. Bay City, MI 48706 Acct No 011264391 | 2420-750 | | $159.16 | $7,685.64 |
| 02/27/2019 | 3007 | Future Insurance Agency Inc | 306 W. Hart Bay City, MI 48706 Acct. No. 010527862 | 2420-750 | | $142.07 | $7,543.57 |
| 02/27/2019 | 3008 | City of Bay City | 614 11th Street Acct. No. 101803539 | 2420-000 | | $113.16 | $7,430.41 |
| 02/27/2019 | 3009 | City of Bay City | 124 N Madison Ave HSE Acct. No. 101803261 | 2420-000 | | $258.72 | $7,171.69 |
| 02/27/2019 | 3010 | City of Bay City | 124 N Madison Ave #1 Bay City, MI 48708 Acct. No. 101803309 | 2420-000 | | $187.18 | $6,984.51 |
| 03/05/2019 | (1) | Triumvirate Investment Properties LLC | Funds from Account | 1122-000 | $658.29 | | $7,642.80 |
| 03/05/2019 | (18) | Triumvirate Investment Properties | Rents | 1122-000 | $1,508.30 | | $9,151.10 |
| 03/22/2019 | 3011 | Future Insurance Agency Inc | Acct No. 007503974 614 11th Street | 2420-000 | | $92.65 | $9,058.45 |
| 03/22/2019 | 3012 | Future Insurance Agency Inc | Acct No. 007535831 115 N. Monroe | 2420-000 | | $62.86 | $8,995.59 |
| 03/22/2019 | 3013 | Future Insurance Agency Inc | Acct No. 007535830 124 N. Madison | 2420-000 | | $68.73 | $8,926.86 |
| | | | | **SUBTOTALS** | $10,355.37 | $1,428.51 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-22136-DSO | Trustee Name: | Daniel C. Himmelspach |
|---|---|---|---|
| Case Name: | TRIUMVIRATE INVESTMENT PROPERTIES, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0556 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/8/2018 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 8/6/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/22/2019 | 3014 | Alliance Contracting & Design, Inc. | Rental Repairs:<br>Invoice No. 096577<br>Invoice No. 096601<br>Invoice No. 096636<br>Invoice No. 096678<br>Invoice No. 096679<br>Invoice No. 096729 | | * | | $1,931.25 | $6,995.61 |
| | | | Invoice No. 096577 | $(798.75) | 2420-000 | | | $6,995.61 |
| | | | Invoice No. 096601 | $(420.00) | 2420-000 | | | $6,995.61 |
| | | | Invoice No. 096636 | $(137.50) | 2420-000 | | | $6,995.61 |
| | | | Invoice No. 096678 | $(325.00) | 2420-000 | | | $6,995.61 |
| | | | Invoice No. 096679 | $(200.00) | 2420-000 | | | $6,995.61 |
| | | | Invoice No. 096729 | $(50.00) | 2420-000 | | | $6,995.61 |
| 03/25/2019 | (18) | Triumvirate Investment Properties LLC | Rents Received | | 1122-000 | $650.00 | | $7,645.61 |
| 04/10/2019 | 3015 | Future Insurance Agency Inc | Account Number 007535830<br>Account Number 007535831<br>Account Number 007936116<br>Account Number 007936117 | | * | | $459.65 | $7,185.96 |
| | | | Account Number 007535830 | $(152.46) | 2420-000 | | | $7,185.96 |
| | | | Account Number 007535831 | $(140.72) | 2420-000 | | | $7,185.96 |
| | | | Account Number 007936116 | $(62.32) | 2420-000 | | | $7,185.96 |
| | | | Account Number 007936117 | $(104.15) | 2420-000 | | | $7,185.96 |
| 04/25/2019 | (18) | Triumvirate Investment Properties LLC | Rental Income | | 1122-000 | $3,090.00 | | $10,275.96 |
| 04/26/2019 | 3005 | VOID: Future Insurance Agency Inc | (VOID) 307 N Sherman St. Bay City, MI 48708<br>Acct. No. 014706062 | | 2420-753 | | ($60.01) | $10,335.97 |

SUBTOTALS                $3,740.00        $2,330.89

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 18-22136-DSO | | | Trustee Name: | | Daniel C. Himmelspach |
| Case Name: | TRIUMVIRATE INVESTMENT PROPERTIES, LLC | | | Bank Name: | | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0556 | | | Checking Acct #: | | ******3601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 11/8/2018 | | | Blanket bond (per case limit): | | $2,000,000.00 |
| For Period Ending: | 8/6/2020 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/03/2019 | | Crossroads Title Company | Sale Proceeds from 1705 Hudson Street | | * | $3,986.52 | | $14,322.49 |
| | {16} | | Sale Proceeds from 1705 Hudson Street | $8,100.00 | 1110-000 | | | $14,322.49 |
| | {16} | | City/Township Taxes 8/22/19-6/30/20 | $407.85 | 1290-000 | | | $14,322.49 |
| | {16} | | Tax Proration 8/22/19-12/31/19 | $199.53 | 1290-000 | | | $14,322.49 |
| | | | Settlement/Closing Fee to Crossroads Title Agency | $(100.00) | 2500-000 | | | $14,322.49 |
| | | | Title Insurance | $(317.00) | 2420-750 | | | $14,322.49 |
| | | | $1,250.00 Listing Agent Commission and $1,250.00 Selling Agent Commission. | $(2,500.00) | 3510-000 | | | $14,322.49 |
| | | | County Transfer Tax to Register of Deed | $(9.35) | 2500-000 | | | $14,322.49 |
| | | | Order approving sales to Register of Deeds | $(30.00) | 2500-000 | | | $14,322.49 |
| | | | State Transfer Tax to Register of Deeds | $(63.75) | 2500-000 | | | $14,322.49 |
| | | | Property Taxes to City of Essexville Treasurer | $(475.39) | 2500-000 | | | $14,322.49 |
| | | | Delinquent 2017 Taxes to Bay City Treasurer | $(618.47) | 2500-000 | | | $14,322.49 |
| | | | Delinquent 2018 Taxes to Bay County Treasurer | $(606.90) | 2500-000 | | | $14,322.49 |

SUBTOTALS          $3,986.52          $0.00

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 18-22136-DSO | | | **Trustee Name:** | | Daniel C. Himmelspach |
| **Case Name:** | TRIUMVIRATE INVESTMENT PROPERTIES, LLC | | | **Bank Name:** | | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***0556 | | | **Checking Acct #:** | | ******3601 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 11/8/2018 | | | **Blanket bond (per case limit):** | | $2,000,000.00 |
| **For Period Ending:** | 8/6/2020 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/17/2019 | | Crossroads Title Agency | Sale Proceeds - 805 Ninth Street | * | $2,612.93 | | $16,935.42 |
| | {8} | | Sale Proceeds - 805 Ninth Street $8,000.00 | 1110-000 | | | $16,935.42 |
| | {19} | | City/Township Taxes 10/14/19-6/30/20 $933.00 | 1290-000 | | | $16,935.42 |
| | {19} | | Tax Proration 10/14/19-12/31/19 $25.13 | 1290-000 | | | $16,935.42 |
| | | | Settlement/Closing Fee to Crossroads Title Agency $(100.00) | 2500-000 | | | $16,935.42 |
| | | | Owner's Title Insurance to Crossroads Title Agency $(311.75) | 2500-000 | | | $16,935.42 |
| | | | Commission - Listing Agent to MDL Realty $(1,250.00) | 3510-000 | | | $16,935.42 |
| | | | Commission - Selling Agent to Keller William $(1,250.00) | 3510-000 | | | $16,935.42 |
| | | | County Transfer Tax to Register of Deed $(8.80) | 2500-000 | | | $16,935.42 |
| | | | Recorded Order to Register of Deeds $(30.00) | 2500-000 | | | $16,935.42 |
| | | | State Transfer Tax to Register of Deeds $(60.00) | 2500-000 | | | $16,935.42 |
| | | | Property Taxes to City of Bay City Treasurer $(1,334.25) | 4700-000 | | | $16,935.42 |
| | | | Utility Act 101704562-29 to City of Bay City Utility $(1,607.60) | 2500-000 | | | $16,935.42 |
| | | | Utility Act 101704562-30 to City of Bay City Utility Dept. $(392.80) | 2500-000 | | | $16,935.42 |

SUBTOTALS                $2,612.93              $0.00

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 18-22136-DSO | **Trustee Name:** Daniel C. Himmelspach |
| **Case Name:** | TRIUMVIRATE INVESTMENT PROPERTIES, LLC | **Bank Name:** Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***0556 | | **Checking Acct #:** ******3601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** 11/8/2018 | | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** 8/6/2020 | | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/29/2019 | | Crossroads Title Agency | Proceeds from Sale of 15 N Monroe Street, Bay City MI | * | $940.57 | | $17,875.99 |
| | {7} | | Proceeds from Sale of 15 N Monroe Street, Bay City MI $7,000.00 | 1110-000 | | | $17,875.99 |
| | {19} | | City/Township Taxes Adjustments $842.15 | 1290-000 | | | $17,875.99 |
| | {19} | | Tax Prorations $21.87 | 1290-000 | | | $17,875.99 |
| | | | Settlement/Closing Fee to Crossroads Title Agency $(100.00) | 2500-000 | | | $17,875.99 |
| | | | Owner's Title Insurance to Crossroads Title Agency $(306.50) | 2500-000 | | | $17,875.99 |
| | | | Realtor Commission - Listing Agency to MDL Realty $(2,500.00) | 3510-000 | | | $17,875.99 |
| | | | County Transfer Tax to Register of Deed $(7.70) | 2500-000 | | | $17,875.99 |
| | | | Record Order to Register of Deed $(30.00) | 2500-000 | | | $17,875.99 |
| | | | State Transfer Tax to Register of Deed $(52.50) | 2500-000 | | | $17,875.99 |
| | | | Property Taxes to City/Township Treasurer $(1,223.07) | 2500-000 | | | $17,875.99 |
| | | | Deling. lien to 19 Winter Tax to City/Township Treasurer $(642.51) | 2500-000 | | | $17,875.99 |
| | | | Utility Acct. 10180362-11 to City/Township Treasurer $(1,072.37) | 2500-000 | | | $17,875.99 |
| | | | Utility Acct to 101803621-12 to City/Township Treasurer $(392.80) | 2500-000 | | | $17,875.99 |
| | | | Four (4) Weeding Cutting Invoices to City/Township Treasurer $(596.00) | 2500-000 | | | $17,875.99 |
| 12/02/2019 | 3016 | Insurance Partners Agency, Inc. | 2019 Blanket Bond | 2300-000 | | $6.22 | $17,869.77 |
| 12/04/2019 | (7) | Crossroads Title Agency | Overcharge refund for weed cutting | 1110-000 | $123.00 | | $17,992.77 |
| 05/07/2020 | 3017 | Daniel C. Himmelspach, Trustee | Trustee Compensation and Trustee Expenses p/o 5/5/20 | * | | $5,438.54 | $12,554.23 |
| | | | Trustee Compensation p/o 5/5/20 $(4,724.79) | 2100-000 | | | $12,554.23 |
| | | | Trustee Expenses p/o 5/5/20 $(713.75) | 2200-000 | | | $12,554.23 |
| | | | **SUBTOTALS** | | $1,063.57 | $5,444.76 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 18-22136-DSO | **Trustee Name:** Daniel C. Himmelspach |
| **Case Name:** | TRIUMVIRATE INVESTMENT PROPERTIES, LLC | **Bank Name:** Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***0556 | **Checking Acct #:** ******3601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 11/8/2018 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 8/6/2020 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/07/2020 | 3018 | Daniel C. Himmelspach | Attorney for Trustee Compensation p/o 5/5/20 | 3110-000 | | $7,120.00 | $5,434.23 |
| 05/07/2020 | 3019 | Law Office of Phillips & Phillips, PC | Special Counsel Compensation and Expenses | * | | $1,173.72 | $4,260.51 |
| | | | Special Counsel Expenses $(141.22) | 3220-610 | | | $4,260.51 |
| | | | Special Counsel Compensation $(1,032.50) | 3210-600 | | | $4,260.51 |
| 05/07/2020 | 3020 | CONSUMERS ENERGY COMPANY | Claim 1 and Claim 3 | * | | $2,051.36 | $2,209.15 |
| | | | Claims 1 $(1,450.44) | 7100-000 | | | $2,209.15 |
| | | | Claim 3 $(600.92) | 7100-000 | | | $2,209.15 |
| 05/07/2020 | 3021 | Krystal C. Danielak | Claim #: 2; | 7100-000 | | $909.15 | $1,300.00 |
| 05/07/2020 | 3022 | Isabella Bank | Claim #: 4; | 2990-000 | | $1,300.00 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $21,758.39 | $21,758.39 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $21,758.39 | $21,758.39 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $21,758.39 | $21,758.39 | |

**For the period of 11/8/2018 to 8/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $39,747.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,747.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39,747.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,747.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/08/2019 to 8/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $39,747.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,747.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39,747.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,747.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 18-22136-DSO | Trustee Name: Daniel C. Himmelspach |
| Case Name: | TRIUMVIRATE INVESTMENT PROPERTIES, LLC | Bank Name: Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0556 | Checking Acct #: ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 11/8/2018 | Blanket bond (per case limit): $2,000,000.00 |
| For Period Ending: | 8/6/2020 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $21,758.39 | $21,758.39 | $0.00 |

**For the period of 11/8/2018 to 8/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $39,747.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,747.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39,747.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,747.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/08/2018 to 8/6/2020**

| | |
|---|---|
| Total Compensable Receipts: | $39,747.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,747.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $39,747.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,747.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DANIEL C. HIMMELSPACH

DANIEL C. HIMMELSPACH

Chapter 7 Trustee

PO Box 5856

Saginaw, MI 48603

Tel: (989) 790-0400

trusteehimmelspach@gmail.com